1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY TODD EASTMAN,                        Case No.  2:24-cv-1107-TLN-JDP (P)

12                 Petitioner,

13          v.                                    ORDER

14   WARDEN,

15                 Respondent.

16

17          Petitioner, a state prisoner, brought this action under section 2254.  ECF No. 1.  Then, he

18   filed a motion seeking a stay under *Rhines v. Weber*, 544 U.S. 269 (2005), wherein he

19   acknowledged that the petition contained only unexhausted claims.  ECF No. 7.  I recommended

20   that the motion be denied, as a *Rhines* stay is unavailable where a petition contains only

21   unexhausted claims.  ECF No. 8.  Those recommendations were adopted by the district judge.

22   ECF No. 9.

23          Now, petitioner must indicate how he intends to proceed.  A federal court cannot consider

24   claims that have not been exhausted in state court.  Before recommending dismissal based on a

25   complete failure to exhaust, however, I will allow petitioner to file an amended habeas petition

26   that explains the status of his claims with respect to exhaustion and why, if they remain

27   unexhausted, this case might still proceed.  He should do so within thirty days.  If he fails to do

28   so, I will recommend this action be dismissed.

1

1      Accordingly, it is ORDERED that:

2      1.     Within thirty days petitioner shall file an amended petition in accordance with this

3  order.  If he fails to do so, I will recommend that this action be dismissed.

4      2.     The Clerk of Court shall send petitioner a section 2254 form habeas petition with

5  this order.

6

7  IT IS SO ORDERED.

8

Dated:    November 7, 2024

9                                                    JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28